UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL ROSE,<br><br>            Petitioner,<br><br>    v.<br><br>NEIL MCDOWELL,<br><br>            Respondent. | NO. ED CV 14-00487-VBF (PJW)<br><br>JUDGMENT |

Final judgment is hereby entered in favor of the respondent and against petitioner Earl Rose. IT IS SO ADJUDGED.

Dated: June 1, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE